

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:          Manish Sohani and Anis Virani v. Nisar Sunesara

Appellate case number:     01-19-00122-CV

Trial court case number:   1058441

Trial court:              County Civil Court at Law No. 1 of Harris County

      Appellants, Manish Sohani and Anis Virani, have filed a motion to admit pro hac vice, asking the Court to allow Louis F. Teran, a non-resident attorney, to appear in this appeal on appellants' behalf. The motion is supported by a motion from appellants' counsel, Keval M. Patel. Both motions comply with the rules. TEX. RULES GOVERN. BAR ADM'N R. XIX; TEX. R. APP. P. 10.1(a). Accordingly, we **grant** both motions and **order** that Louis F. Teran is admitted pro hac vice to participate in this appeal as appellants' counsel.

      It is so ORDERED.

Judge's signature:     __/s/ Evelyn V. Keyes_____
                    ☑ Acting individually   ☐ Acting for the Court

Date: ___December 31, 2019___